Case:  Michael Stevenson v. Gregory A. Akers  (09-00376-LT7)

Hearing:  3/05/09 at 10:00 a.m.

Tentative:

**MOTION FOR RELIEF FROM STAY, RS # WGM-1 FILED ON BEHALF OF BANK OF AMERICA, NATIONAL ASSOCIATION**

Hear.

The Movant's evidence (and the Schedules) establish that at this time there is no realizable equity in the real property at issue ("Property").  Indeed, debt against the Property exceeds its value by almost $300,000.00.  As this is a chapter 7 case, a reorganization is not in prospect.  Thus, relief from stay is appropriate under 11 U.S.C. § 362(d)(2).

Debtor, notwithstanding, objects on the grounds of alleged State and Federal violations by Lender and Lender's alleged failure to establish standing.  As to the second point, Movant's evidence references an assignment to be attached as Exhibit "D," but the Court cannot locate this document.  In order to establish standing it must be provided.  The alleged violations are now the source of an adversary proceeding, and Debtor may seek an injunction therein.  Stay litigation, however, is limited to the issues expressly noted in Section 362 and stay hearings are, therefore, summary proceedings.  <u>Johnson v. Righetti (In re Johnson)</u>, 756 F.2d 738, 740 (9th Cir. 1985).  The Court, as a result, will not consider such issues in connection with a stay relief motion.