# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | MICHAEL STEVENSON |
| **Case Number:** | 09-00376-LT7     **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MARCH 19, 2009 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | COLLETTA BROOKS |

### Matter:

MOTION FOR RELIEF FROM STAY, RS # WGM-1 FILED ON BEHALF OF BANK OF AMERICA, NATIONAL ASSOCIATION, (fr 3/5/09)

### Appearances:

JOSEPH J. REGO, ATTORNEY FOR MICHAEL STEVENSON
RAYMOND LEE, ATTORNEY FOR BANK OF AMERICA

### Disposition:

Continued to 3/26/09 at 10:00 a.m.
Opposition to motion for relief may be withdrawn telephonicallly.  In the event opposition is withdrawn, lodgment of order is waived and 10 days waived.