JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
PATRICK A. CATHCART (CA Bar No. 65413)
pcathcart@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
US BANK NATIONAL ASSOCIATION,
AS TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MICHAEL STEVENSON,<br><br>Debtor. | CASE NO.: 09-00376-LT7<br><br>JUDGE: Laura S. Taylor<br><br>Adversary Case No.: 09-90085-LT<br><br>(Chapter 7) |
| MICHAEL STEVENSON,<br><br>Debtor/Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE, its assignees and/or successors in interest and DOES 1 TO 50, inclusive,<br><br>Defendants. | **REPLY RE: NON-OPPOSITION TO THE MOTION TO DISMISS THE FIRST AMENDED ADVERSARILY COMPLAINT**<br><br>[FRCP 12(b)(6) and 12(e)]<br><br>DATE: October 28, 2009<br>TIME: 2:00 p.m.<br>DEPT: 3, Room 129 |

Defendant USBank National Association, as Trustee, ("USBank" or "Defendant") respectfully submits this Reply Memorandum Re: Non-Opposition by plaintiff Michael Stevenson

1
REPLY RE: NON-OPPOSITION

1098247.1

("Plaintiff") to the Motion to Dismiss the First Amended Adversarial Complaint for failure to state a claim for relief ("Motion to Dismiss").

**MEMORANDUM OF POINTS & AUTHORITIES**

## I. SUMMARY OF ARGUMENT

On August 7, 2009, USBank filed and served a Motion to Dismiss the First Amended Adversarial Complaint. *See* Court Docket Nos. 17-19. The hearing on the Motion to Dismiss is currently set for October 28, 2009 at 2:00 p.m. in Courtroom 3, Room 129. *See,* Court Docket No. 17.

The Southern District of California Local Rule ("Local Rule") 7.1.e.2 requires a party opposing a motion must file a written opposition with the Court <u>at least fourteen calendar days</u> before the motion hearing. Furthermore, Local Rule 7.1.f.3.c provides that if an opposing party fails to file papers in the manner required by Local Rule 7.1.e.2, that failure may constitute consent to the granting of the motion. Consequently, Plaintiff's Opposition to the Motion to Dismiss was required to be filed on Wednesday, October 7, 2009.

To date, USBank has not received any opposition to the Motion to Dismiss. *See,* Declaration of S. Christopher Yoo ("Yoo Decl."), ¶ 4. The District Court's Pacer Docket also indicates no opposition to the Motion to Dismiss has been filed. *Id.* Thus, the Court should not consider any belated opposition from Plaintiff, and the Motion to Dismiss must be granted in its entirety without leave to amend. *See,* Local Rule 7.1.f.3.c.

## II. CONCLUSION

USBank respectfully requests that the Motion to Dismiss be granted in its entirety without leave to amend.

DATED: October 23, 2009

        ADORNO YOSS ALVARADO & SMITH
        A Professional Corporation

        By: /s/ Patrick A. Cathcart
           JOHN M. SORICH
           PATRICK A. CATHCART
           S. CHRISTOPHER YOO
           Attorneys for Defendant
           US BANK NATIONAL ASSOCIATION,

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

## DECLARATION OF S. CHRISTOPHER YOO

I, S. Christopher Yoo declare as follows:

1. I am an attorney at law, licensed to practice in the State of California and before this Court. I am a member of the law firm Adorno, Yoss, Alvarado & Smith, a Professional Corporation, counsel of record for defendant USBank National Association, as Trustee, ("USBank" or "Defendant"). I am duly admitted to practice law in the State of California. I am submitting this Declaration in support of USBank's Reply re: Non-Opposition to Motion to Dismiss the First Amended Adversarial Complaint of plaintiff Michael Stevenson ("Plaintiff") for failure to state a claim for relief ("Motion to Dismiss"). If called as a witness in this matter, I am competent to testify of my own personal knowledge, to the best of my recollection, as to the matters set forth in this Declaration.

2. My office, on behalf of USBank, served and filed a Motion to Dismiss on August 7, 2009. The hearing on the Motion to Dismiss was set by the Court for October 28, 2009 at 2:00 p.m. in Courtroom 3, Room 129.

3. Plaintiff's opposition to the Motion to Dismiss was due on Wednesday, October 7, 2009.

4. To date, USBank has not received any opposition to the Motion to Dismiss and the District Court Pacer Docket indicates no opposition to the Motion to Dismiss was filed. Therefore, the Court should not consider any belated opposition from Plaintiff.

I declare under penalty of perjury under the laws of the State of California that this declaration is true and correct.

Executed on October 23, 2009 at Santa Ana, California.

_____
S. CHRISTOPHER YOO

3
REPLY RE: NON-OPPOSITION

1098247.1

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE
*In re: Michael Stevenson*
USBC Case No.: 09-00376-LT7
**Adversary Case No.: 09-90085-LT**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On October 23, 2009, I served the foregoing document described as **REPLY RE: NON-OPPOSITION TO THE MOTION TO DISMISS THE FIRST AMENDED ADVERSARILY COMPLAINT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows: **SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 23, 2009, at Santa Ana, California.

*/s/ Veronica Delgado*
Veronica Delgado

PROOF OF SERVICE

1076557.1

## SERVICE LIST

*In re: Michael Stevenson*
USBC Case No.: 09-00376-LT7
**Adversary Case No.: 09-90085-LT**

| | |
|---|---|
| Michael Stevenson<br>2336 Sumac Drive<br>San Diego, CA 92105 | **Debtor/Plaintiff** |
| Joseph J. Rego, Esq.<br>Law Office of Joseph J. Rego<br>8765 Aero Drive, Suite 306<br>San Diego, CA 92123 | Telephone: 858.598.6628<br>Facsimile: 858.598.6631<br>**Attorney for Debtor/Plaintiff,<br>Michael Stevenson** |
| Gregory A. Akers<br>P. O. Box 26219<br>San Diego, CA 92196 | Telephone: 858.635.9350<br>**Chapter 7 Trustee** |
| United States Trustee<br>United States Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | **US Trustee** |